UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-156-F

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| v. | ) |  |
|  | ) | ORDER |
| CHAD MADEEN ZUEHLKE, | ) |  |
|  | ) |  |

THIS CAUSE comes before the Court on Defendant's Motion to Amend Conditions of Pretrial Release. Based upon a finding that there is no reason why the defendant should not travel within the Western District of North Carolina, he is so allowed.

NOW, THEREFORE, it is Ordered that the defendant be allowed to travel within the Western District of North Carolina.

This __3rd__ day of August, 2011.

_____
WILLIAM A. WEBB
U.S. MAGISTRATE JUDGE