

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **DISMISSAL OF THE INDICTMENT** |
| ) | |
| CHAD MADEEN ZUEHLKE ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 5:11-CR-156-1F as to the above named defendant.

THOMAS G. WALKER
United States Attorney

/s/ Denise Walker
DENISE WALKER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461
Telephone: (919) 856-4530
Fax: (919) 856-4487
E-mail: denise.walker@usdoj.gov
NC State Bar No. 34271

Leave for filing of the foregoing
is hereby granted this _13th_
day of March, 2012.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE