UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-156-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAD MADEEN ZUEHLKE, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion to Amend Order to Surrender [DE-23]. The United States's Marshal Service has set the Defendant's report date for service of his sentence as January 2, 2014. For good cause shown, the motion [DE-23] is ALLOWED, and the Defendant should report as notified by the United States Marshal Service after February 1, 2014. The Clerk of Court is DIRECTED to provide a copy of this order to the Marshal Service.

SO ORDERED.

This the 27 day of December, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge