# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8669
Fax: 919-861-5555


**DATE:**  October 27, 2017

**FROM:**  Christopher Studley
U.S. Probation Officer

**SUBJECT:**  **ZUEHLKE, Chad Madeen**
**Case No.: 5:11-CR-156-1BO**
**Request for Early Termination**

**TO:**  Terrence W. Boyle
U.S. District Judge

On April 30, 2013, pursuant to a guilty plea to Wire Fraud, Chad Madeen Zuehlke appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 21 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on July 31, 2015, and began supervision in the Eastern District of North Carolina. He has performed satisfactorily on supervision. He has submitted to DNA testing and all drug screens have been negative. The defendant was ordered to pay restitution in the amount of $425,555.04. To date, he has paid $8,385.00 and still owes $417,170.04. During his supervision, he has made regular monthly payments in the amount of $100.00. On October 24, 2017, an Agreed Order of Payment for continued payments of $500.00 per month was executed. Zuehlke has been on low intensity supervision since October 2016. His term of supervision is set to expire on September 10, 2020.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested. The U.S. Attorney's Office advised that it does not oppose early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.


_____                    *10-30-17*
Terrence W. Boyle                                          Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                    **Crim. No. 5:11-CR-156-1BO**

**CHAD MADEEN ZUEHLKE**

On July 31, 2015, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/ Michael C. Brittain                   /s/ Christopher Studley
Michael C. Brittain                       Christopher Studley
Supervising U.S. Probation Officer        Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8669
                                          Executed On: October 27, 2017


## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____30_____ day of ___October___, 2017.


_____
Terrence W. Boyle
U.S. District Judge